M.D. Appeal Dkt.
5 MAP 2020

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| WALLACE MCKELVEY AND PENNLIVE AND THE PATRIOT-NEWS | : | No. 396 MAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF HEALTH, AND MISSION PENNSYLVANIA, LLC, KW VENTURES HOLDING, LLC, CRESCO YELTRAH, LLC, SMPD MANUFACTURING, LLC/SMPB RETAIL, LLC AND TERRAPIN INVESTMENT FUND, 1, LLC (Direct Interest Participants) | : : : : : : : : : : : : | |
| | : | |
| PETITION OF: PENNSYLVANIA DEPARTMENT OF HEALTH | : : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 28th day of January, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

   Should this Court grant allocatur in this case of first impression and of substantial public importance and reverse the Commonwealth Court's opinion below because the opinion fails to protect building security in the valuable medical marijuana industry, does not create a workable standard for dealing with iterative redactions in the absence of statutory guidance, and fails to provide a standard for dealing with similarly situated applicants who achieved varying degrees of success on the same record?